**Opinion issued November 14, 2013.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00274-CV

————————————

### KRISTOFER THOMAS KASTNER, Appellant

### V.

### TEXAS WORKFORCE COMMISSION AND ROSEHILL ENTERPRISES, L.L.C. DBA HOUSTON ADMIRAL SERVICES, Appellees

On Appeal from the 165th District Court
Harris County, Texas
Trial Court Case No. 2011-76848

## MEMORANDUM OPINION

Appellant, Kristofer Thomas Kastner, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. § 51.207, § 51.941(a), § 101.041 (West 2013);

Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. App. A § B(1). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5; 42.3(c).

We dismiss the appeal for nonpayment of all required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Brown.